1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

FIRST AMENDMENT COALITION,

      Plaintiff,

  vs.

U.S. DEPARTMENT OF JUSTICE,

      Defendant.

Case No:  18-cv-05731 SBA

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Dkt. 58

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      This matter comes before the Court on Plaintiff First Amendment Coalition's motion for leave to supplement the record in support of its opposition to the motion for summary judgment filed by Defendant Department of Justice (Dkt. No. 49) and its own cross-motion for summary judgment (Dkt. No. 52) with newly discovered evidence.  Having considered the moving papers and there being no opposition, the Court GRANTS Plaintiff's motion for leave to supplement the record and ORDERS as follows:

      1.     Plaintiff shall have until August 3, 2020 to file a supplemental memorandum of points and authorities in support of its opposition to Defendant's motion for summary judgment and its own cross-motion for summary judgment to address a) the Declaration of Amanda Marchand Jones, Chief of the FOIA/Privacy Act Unit of the Office of the Enforcement Operations in the Criminal Division of DOJ, which was filed in Reporters Committee for Freedom of the Press v. Department of Justice, No. 19-cv-02847, Dkt. 15-2 (D.D.C. June 2, 2020), and b) the July 15, 2020 Letter from Amanda Marchand Jones to Heather S. Goldman.  Plaintiff's supplemental memorandum shall not exceed 5 pages.

2.      Defendant shall have until <u>August 10, 2020</u> to file a response to Plaintiff's supplemental memorandum of points and authorities.  Defendant's response shall not exceed 5 pages.

3.      Aside from a discussion of the new evidence, the parties' supplemental memorandum and response thereto shall not include further argument on the cross-motions for summary judgment.

IT IS SO ORDERED.

Dated:  July 28, 2020

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge